# In the United States District Court
# For the Middle District of Alabama
# Southern Division

**SUMMONS IN A CIVIL CASE**

RUTH WILLIAMS,

    Plaintiff,

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate laws.)

v.

MERCK & CO., INC., a New Jersey Corp.,

**CIVIL ACTION CASE NO:**

    Defendants.

1:06 cv 637 - MHT

TO: Merck & Co., Inc.
    c/o The Corporation Company
    2000 Interstate Park Drive, Ste. 204
    Montgomery, AL. 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon plaintiff or plaintiff's attorney(s):

Tom Dutton, Pittman, Dutton, Kirby & Hellums, P.C., 1100 Park Place Tower, Birmingham, AL 35203
(Name and Address)

a response to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

*Debra P. Hackett*

CLERK

[signature]

DEPUTY CLERK

DATE 7/21/06

CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
15 LEE STREET
MONTGOMERY, ALABAMA 36104

**RETURN OF SERVICE**

I hereby certify and return on the _____ day of _____, 2006, I served this summons together with the complaint as follows:

    ¨    By personal service on the defendant at _____

_____.

    -    By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

_____.

    ¨    By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership or unincorporated association. (Give name, capacity and address of person served.)

_____

_____.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____    _____

Date    *Authorized or Specially Appointed Process Server*

I hereby certify and return this _____ day of _____, 2006, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____    _____

Date    *Authorized or Specially Appointed Process Server*

Costs of Service:    Service fee:    $
    Expenses: _____ miles @ _____ cents    $_____
    TOTAL:    $_____