| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *R. Payne*  ☐ Agent  ☑ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>*L. Payne*  7-24-06 |
| 1. Article Addressed to:<br><br>Merck & Co., Inc.,<br>c/o The Corporation Co.<br>2000 Interstate Park Dr.<br>Ste. 204<br>Montgomery, AL. 36109<br>1:06 cv637-MHT | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7005 3110 0000 5477 4668 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540