IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
RUTH WILLIAMS,                    )
                                  )
    Plaintiff,                    )
                                  )    CIVIL ACTION NO.
    v.                            )    1:06cv637-MHT
                                  )
MERCK & CO., INC., a              )
New Jersey Corporation,           )
                                  )
    Defendant.                    )
```

ORDER

Counsel for plaintiff having orally informed the court that plaintiff has no objection, it is ORDERED that defendant's motion to stay (doc. no. 7) is granted and that this cause is stayed pending MDL transfer.

DONE, this the 22nd day of August, 2006.

                      /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE