**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 23, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Ruth Williams vs. Merck & C., Inc.**

**Case Number: 1:06cv637-MHT**

**Reference is made to document # 9 filed on 8/22/06 electronically by counsel which did not contain his electronic signatures.**

**The corrected pdf document is attached to this Notice.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUTH WILLIAMS, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * Civil Action No.: 1:06cv637-MHT |
| | * |
| MERCK & CO., INC., | * |
| | * |
| Defendant. | * |

## ANSWER TO AMENDED COMPLAINT

COMES NOW, Defendant Merck & Co., Inc. ("Merck"), by and through its undersigned attorneys, and hereby answers the Amended Complaint ("Complaint") as follows:

Defendant adopts and incorporates herein as if set out in full its Answer to Complaint previously filed.

**s/Richard B. Garrett**

Richard B. Garrett
    Bar Number: (ASB-0782-A29R)
Mike Brock
    Bar Number: (ASB-5280-B61R)
F. Chadwick Morriss
    Bar Number: (ASB-8504-S75F)

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone: 334/206-3100
Fax: 334/263-4157
E-mail:   rbg@rsjg.com
             rcb@rsjg.com
             fcm@rsjg.com

**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 22, 2006, I electronically filed the foregoing with the Clerk of the court using CM/ECF system which will send notification of such filing to the following:  **Tom Dutton and Elizabeth French.**


                                                       s/Richard B.Garrett
                                                       OF COUNSEL